UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID LANHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00252-JPH-MJD ) |
| LEONARD SAM HOBBS in his official capacity as Sheriff of Owen County, Indiana, GEORGE JENNINGS, KYLE JENNINGS, BRIAN JENNINGS, KATRINA TRAVER, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. Judgment is entered in favor of Defendant Leonard Sam Hobbs **with prejudice** on Plaintiff's federal-law claims, and Plaintiff's state-law claims against Defendant Hobbs are dismissed **without prejudice**. All claims against Defendants George Jennings, Kyle Jennings, Brian Jennings, and Katrina Traver are dismissed **with prejudice**.

Date:  3/17/2022

Roger A. G. Sharpe, Clerk

By: _____
    Deputy Clerk, U.S. District Court

_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID LANHAM
P.O. Box 814
Patricksburg, IN 47455

Douglas Alan Hoffman
CARSON LLP
hoffman@carsonllp.com